UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Brett Sonia,
a/k/a Brooke Sonia

   v.                                    Civil No. 14-cv-524-LM

Helen Hanks et al.

## REPORT AND RECOMMENDATION

   Before the court is prisoner Brett Sonia's motion (doc. no. 41), in which she: (1) states her intention to file a new action in this court (concerning events that occurred after judgment entered in the above-captioned case); (2) seeks additional time to file pleadings relating to the new claims; and (3) requests an injunction directing New Hampshire State Prison officials to provide her with access to her eyeglasses and legal materials. In an Order issued this date, the court has granted Sonia's request to open a new civil rights case asserting claims arising after judgment entered in this case, and denied Sonia's request to file additional pleadings in this case, as this case is closed.

   The district judge has referred Sonia's request for preliminary injunctive relief to this magistrate judge for a recommendation as to disposition.  Sonia's request for a preliminary injunction should be denied in this matter, as this

case is closed.  The denial should be without prejudice, however, to Sonia's ability to file a motion for preliminary injunctive relief on any appropriate basis in the newly-opened case.

## Conclusion

For the foregoing reasons, Sonia's motion (doc. no. 41), to the extent it contains a request for preliminary injunctive relief, should be denied.  Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice.  See Fed. R. Civ. P. 72(b)(2).  Failure to file objections within the specified time waives the right to appeal the district court's order.  See Garayalde-Rijos v. Mun. of Carolina, 747 F.3d 15, 21-22 (1st Cir. 2014).

_____
Andrea K. Johnstone
United States Magistrate Judge

March 28, 2016

cc: Brett Sonia, a/k/a Brooke Sonia, pro se
    Lynmarie C. Cusack, Esq.
    Nancy J. Smith, Esq.
    Jonathan A. Lax, Esq.