UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Brett D. Sonia</u>

    v.                                                                  Civil No. 14-cv-524-LM

<u>Helen Hanks, et al</u>

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 28, 2016.

SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

Date: April 8, 2016

cc:    Brett D. Sonia, pro se
       Lynmarie C. Cusack, Esq.
       Nancy J. Smith, Esq.
       Jonathan A. Lax, Esq.